

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

James Bruce Looney, Appellant

No. 06-24-00071-CR     v.

The State of Texas, Appellee

Appeal from the 97th District Court of Montague County, Texas (Tr. Ct. No. 23-169-DCCR-0047).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by (1) changing the entry under "Plea to Offense" to "NOT GUILTY," (2) deleting the sex-offender registration requirement, (3) selecting the box to indicate that the trial court assessed the punishment, and (4) selecting the box next to the statement, "The Court **ORDERS** Defendant's sentence **EXECUTED**."  As modified, we affirm the judgment of the trial court.

We note that the appellant, James Bruce Looney, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 14, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk